# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In re:

**Denise Eloyce Jones**
a/k/a Denise Sturdivant
S.S. No.: xxx-xx-5534
Mailing Address: PO Box 331, Vass, NC 28394-

**Case No. 10-81266**

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on July 20, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: August 12, 2010

### LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

## CH. 13 PLAN - DEBTS SHEET
### (MIDDLE DISTRICT - DESARDI VERSION)

| | |
|---|---|
| Date: | 7/8/10 |
| Lastname-SS#: | Jones-5534 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Moore County Taxes | | Mobile Home & Lot |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| Moore County Taxes | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| American General | 1 | $2,743 | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### PD - DOL ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| American General | 1 | $687 | N/A | n/a | $687.00 | Mobile Home and Land |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | 2 | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| American General | 2 | $12,868 | 5.00 | $129 | $265.67 | 2007 Dodge Caliber |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,600 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%*)

| | Int.* | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,094** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **5.60** months

Sch D # = The number of the secured debt as listed on Schedule D.

Adequate Protection = Monthly 'Adequate Protection' payment amt.

† = May include up to 2 post-petition payments.

* Co-sign protect on all debts so designated on the filed schedules.

** = Greater of DMI x ACP or EAE

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO          (Page 4 of 4)

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Doctor's Vision Center
160 Hollow Road
Pinehurst, NC 28374

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Elite Financial Services
PO Box 18508
Kansas City, MO 64133

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Absolute Collection Service
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Emergency Physicians
Post Office Box 8160
Philadelphia, PA 19101

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Accounts Receivable Management, Inc
Post Office Box 129
Thorofare, NJ 08086-0129

First Health
Moore Regional Hospital
Post Office Box 580484
Charlotte, NC 28258-0484

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

AIS, LLC
50 California Street
Suite 1500
San Francisco, CA 94111

First Health
PO Box 3000
Pinehurst, NC 28374

Experian
P.O. Box 2002
Allen, TX 75013-2002

American General Financial Services
1725 S US Hwy 15 501 STE D
Southern Pines, NC 28387-5175

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Anderson Crenshaw
6116 Central Exp
Suite 1090
Dallas, IA 52061

First Savings Credit Card
500 E. 60th St.
Sioux Falls, SD 57104

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

APX ALARM
5132 North 300 West
Provo, UT 84604

IC Systems
Post Office Box 64378
Saint Paul, MN 55164-4378

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Cashcall
1920 Main Street
Suite 400
Irvine, CA 92614

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Interstate Credit Collections
711 Coliseum Plaza Court
Winston Salem, NC 27106

Pinehurst Hip and Knee
Pinehurst Commons
Pinehurst, NC 28374

Mack W Jones Jr
Address Unknown

Pinehurst Surgical Clinic
35 Memorial Drive
Pinehurst, NC 28374

Mack W Jones, Jr
Address Unknown

Pinehurst Surgical Clinic, PA
Post Office Box 2000
Pinehurst, NC 28374-2000

Midnight Velvet
1112 7th Avenue
Monroe, WI 53566-1364

Sandpoint Capital LLC
Edith Solomon Building
Post Office Box 636
Charleston, Nevis, West Indies

Moore County Tax Collector
Post Office Box 428
Carthage, NC 28327-0428

Stern and Associates. PA
415 North Edgeworth Street
Suite #210
Greensboro, NC 27401

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

The Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Road
Raleigh, NC 27615

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

The Surgical Clinic
5 First Village Drive
Pinehurst, NC

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Online Information
PO Box 1489
Winterville, NC 28590

# CERTIFICATE OF SERVICE

I, Jay Ballentine, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Jay Ballentine
Jay Ballentine